## (January 12, 1961)

■ EDITH HERSHENHART et al., Appellants, v. KINGSVIEW HOMES, INC., et al., Respondents.— Motion by appellants to extend their time to perfect the appeal denied. Nolan, P. J., Ughetta, Kleinfeld and Christ, JJ., concur; Pette, J., not voting.

■ ETHEL KANNALEY, as Administratrix of the Estate of WILLIAM J. KANNALEY, Deceased, Respondent, v. MARY WEISS et al., Appellants.— Oral motion, by respondent, to dismiss appeal granted; appeal dismissed, without costs. Oral cross motion by appellants to extend their time to perfect the appeal denied. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ DANIEL KELLY, Respondent, v. VINCENT VOLLARO et al., Appellants.— On the call of the calendar, appeal dismissed and stay heretofore granted by order of this court, dated November 7, 1960, vacated; there being no appearance for appellants and appellants having failed to comply with said order, requiring them to perfect their appeal for the January 1961 Term. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ JAMES MCHUGH, an Infant, et al., Respondents, v. AUGUSTINIAN ACADEMY, Defendant, and GEORGE MOLNAR et al., Appellants.— On the call of the calendar, appeal dismissed; there being no appearance for appellants and appellants having failed to comply with an order of this court, dated November 21, 1960, requiring them to perfect their appeal for the January 1961 Term. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ATTILIO MERCANTINI, as Executor of CONSTANCE POTENZA, Deceased, Plaintiff, v. ELVIRA INNAMORATI, Defendant. ATTILIO MERCANTINI, as Executor of CONSTANCE POTENZA, Deceased, Appellant; GEORGE JACOBS, Respondent.— Motion by respondent to dismiss appeal from part of an order of the Supreme Court, Queens County, dated September 8, 1960, denied on condition that appellant perfect the appeal and argue or submit it at the February Term, commencing January 30, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 23, 1961. Motion by appellant for leave to appeal to the Court of Appeals, from an order of this court entered December 19, 1960, dismissing his appeal from an order of the Supreme Court, Queens County, entered November 1, 1960, denied. On the court's own motion, its decision handed down December 19, 1960 (ante, p. 652), is amended by striking out the provision granting respondent's motion to dismiss the appeal from said order of November 1, 1960, and by substituting therefor provisions denying said motion to dismiss with leave to renew upon the argument or submission of the appeal. Said appeal is ordered on the calendar for the February Term, and it will be heard together with the appeal from the original order, dated September 8, 1960. The record and appellant's brief must be served and filed on or before January 23, 1961. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.